Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10400−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 John Rothenberger Jr.
 26 Ridgewood Avenue
 Glen Ridge, NJ 07028

Social Security No.:
 xxx−xx−0899

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/13/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: May 13, 2019
JAN: zlh

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John Rothenberger, Jr.  
    Debtor

Case No. 19-10400-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 2　　　Date Rcvd: May 13, 2019  
　　　　　　　　　　　　　Form ID: 148　　　Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2019.

```
db              +John Rothenberger, Jr.,    26 Ridgewood Avenue,    Glen Ridge, NJ 07028-1012
cr              +U.S. BANK NATIONAL ASSOCIATION,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
517958215       +CBNA,    Po Box 6497,    Sioux Falls, SD 57117-6497
517958207       +Capital One,    PO Box 98873,    Las Vegas, NV 89193-8873
517958217        Citibank,    PO Box 8015,    South Hackensack, NJ 07606-8015
517958222        Credit One Bank,    PO BOx 98672,    Las Vegas, NV 89193-8672
517958225        Elan Financial Service,    Cb Disputes,    Saint Louis, MO 63166
517958226       +Mr. Cooper,    PO Box 650783,    Dallas, TX 75265-0783
517958227      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage , LLC,      PO Box 299008,    Lewisville, TX 75029)
517958229       +Omega RMS,    7505 W Tiffany Springs Parkway,    Kansas City, MO 64153-1313
517960760       +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518071379       +R.V.Ballem MD FACS.,     c/o: Pressler, Felt & Warshaw, LLP.,    7 Entin Road,
                  Parsippany NJ 07054-5020
517958230       +SPS,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
518009939       +U.S. BANK NATIONAL ASSOCIATION,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
518121109       +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                  ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
517958237       +Waypoint Resource Grou,    Po Box 8588,    Round Rock, TX 78683-8588
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 13 2019 22:01:37      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 13 2019 22:01:36      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: PRA.COM May 14 2019 01:58:00      Orion,    c/o PRA Receivables Management LLC,    POB 41021,
                  Norfolk, VA 23541-1021
517958212        EDI: CAPITALONE.COM May 14 2019 01:58:00      Capital One Bank USA NA,    15000 Capital One Drive,
                  PO # EPUS2-0000473587,    Henrico, VA 23238
517958218        EDI: CITICORP.COM May 14 2019 01:58:00      Citibank, N.A.,    7930 NW 110th St.,
                  Kansas City, MO 64153
517958208        EDI: CAPITALONE.COM May 14 2019 01:58:00      Capital One,    PO Box 85547,
                  Richmond, VA 23285-5547
518044955       +EDI: AIS.COM May 14 2019 01:58:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
517958209       +EDI: CAPITALONE.COM May 14 2019 01:58:00      Capital One Bank USA,    10700 Capital One Way,
                  Glen Allen, VA 23060-9243
517958211       +EDI: CAPITALONE.COM May 14 2019 01:58:00      Capital One Bank USA NA,    PO Box 30281,
                  Salt Lake City, UT 84130-0281
517958210       +EDI: CAPITALONE.COM May 14 2019 01:58:00      Capital One Bank Usa N.A.,    Po Box 30281,
                  Salt Lake City, UT 84130-0281
517958213        EDI: CAPITALONE.COM May 14 2019 01:58:00      Capital One Bank, N.A.,    PO Box 30281,
                  Salt Lake City, UT 84130-0281
517958214       +EDI: CAPITALONE.COM May 14 2019 01:58:00      Capital One Bank, N.A.,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
517958216       +EDI: CITICORP.COM May 14 2019 01:58:00      Citibank,    PO Box 6500,
                  Sioux Falls, SD 57117-6500
517958219       +EDI: CIAC.COM May 14 2019 01:58:00      Citifinancial,    P0 Box 6931,    The Lakes, NV 88901-0001
517958220       +EDI: RCSFNBMARIN.COM May 14 2019 01:58:00      Credit One Bank,    P0 Box 98873,
                  Las Vegas, NV 89193-8873
517958224       +EDI: RCSFNBMARIN.COM May 14 2019 01:58:00      Credit One Bank NA,    Po Box 98875,
                  Las Vegas, NV 89193-8875
518119646        EDI: PRA.COM May 14 2019 01:58:00      Portfolio Recovery Associates, LLC,    c/o Wawa,inc,
                  POB 41067,    Norfolk VA 23541
517958232       +EDI: VERIZONCOMB.COM May 14 2019 01:53:00      Verizon,    500 Technology Drive Ste 30,
                  Weldon Spring, MO 63304-2225
517958233       +EDI: VERIZONCOMB.COM May 14 2019 01:53:00      Verizon,    PO Box 28002,
                  Lehigh Valley, PA 18002-8002
518072693       +EDI: AIS.COM May 14 2019 01:58:00      Verizon,    by American InfoSource as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517958231       +EDI: VERIZONCOMB.COM May 14 2019 01:53:00      Verizon,    500 Technology Dr,
                  Weldon Spring, MO 63304-2225
517958234       +EDI: VERIZONCOMB.COM May 14 2019 01:53:00      Verizon New Jersey Inc,    Po Box 3397,
                  Bloomington, IL 61702-3397
517958236       +EDI: VERIZONCOMB.COM May 14 2019 01:53:00      Verizon Wireless,    PO Box 489,
                  Newark, NJ 07101-0489
517958235       +EDI: VERIZONCOMB.COM May 14 2019 01:53:00      Verizon Wireless,    2000 Corporate Drive,
                  Orangeburg, NY 10962-2624
                                                                                              TOTAL: 24
```

```
District/off: 0312-2            User: admin              Page 2 of 2               Date Rcvd: May 13, 2019
                                Form ID: 148             Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517958228         None
517958221*       +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
517958223*        Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
                                                                                    TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Avram D White     on behalf of Debtor John  Rothenberger, Jr. clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
               ase.com
              Denise E. Carlon     on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```